**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Patrick Rocco REESE, Petitioner**

**No. 358 MAL 2017**

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Douglas COBURN, Petitioner**

**No. 197 WAL 2017**

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Andrew Lamar COOPER, Petitioner**

**No. 357 MAL 2017**

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**